IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Shannon M. Raybuck, | ) | Case No.:  4:26-cv-03294-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ATTESTATION REGARDING** |
| | ) | **REFERRALS TO MAGISTRATE** |
| Life Insurance Company of North | ) | **JUDGES** |
| America, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order regarding referrals to United States Magistrate Judges, pursuant to 28 U.S.C. § 631 and Federal Rules of Procedure 73, the undersigned does hereby confirm and attest to the compliance of that Order.  The undersigned has provided a copy of the Order to his client in the matter *sub judice* and has advised them of the availability of consenting to disposition by a United States Magistrate Judge.

Respectfully submitted,

s/ Nathaniel W. Bax
Nathaniel W. Bax, Esq.
Federal Bar #:  09835
**FOSTER LAW FIRM, LLC**
25 Mills Avenue
Greenville, SC 29605
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail:  nbax@fosterfoster.com

Date: August 10, 2026          Attorneys for Plaintiff